THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAY PARKER, Also Known as TRIFE, Appellant.

Submitted October 23, 2006; decided November 16, 2006

Motion for assignment of counsel granted and Paul J. Connolly, Esq., 2 Wedge Road, Delmar, New York 12054 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN N. ROWLAND, Appellant.

Submitted October 30, 2006; decided November 16, 2006

Motion for assignment of counsel granted and Paul J. Connolly, Esq., 2 Wedge Road, Delmar, New York 12054 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN TAYLOR, Appellant.

Submitted November 13, 2006; decided November 16, 2006

Motion by New York Religious Leaders Against the Death Penalty et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN TAYLOR, Appellant.

Submitted November 13, 2006; decided November 16, 2006

Motion by Terrence M. Connors, Esq. et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN TAYLOR, Appellant.

Submitted November 13, 2006; decided November 16, 2006

Motion by New Jersey Crime Victims' Law Center for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.